

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 29, 2022

Brent Eugene Bailey
#2398175 Garza West
4250 Hwy 202
Beeville, TX 78102

Joe D. Gonzales
Bexar County District Attorney
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Dean Diachin
Bexar County Public Defender's
Office
101 W. Nueva, Suite 310
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:  04-22-00327-CR
          Trial Court Case Number:    2018CR11769
          Style:  Brent Eugene Bailey
                 v.
                 The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Barbara Paulissen (DELIVERED VIA E-MAIL)
Michael Lee Young (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00327-CR

Brent Eugene **BAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11769
Honorable Jefferson Moore, Judge Presiding

## O R D E R

On July 20, 2022, this court issued an opinion dismissing the appeal for lack of jurisdiction based on appellant's untimely notice of appeal. On July 25, 2022, appellant filed a *pro se* "Motion for Discretionary Review," which we construe as a motion for rehearing. In his motion, appellant raises three complains: (1) he was not shown all the contents of his file and, if he had been, then he would have gone to trial and not taken a plea agreement; (2) after reviewing his file in January 2022, he discovered more errors, mistakes, and false statements by officers that would have supported his appeal; and (3) without full disclosure of the evidence, his plea agreement should be void. Appellant does not challenge the untimeliness of his notice of appeal.

We DENY appellant's Motion for Discretionary Review.[1]

It is so **ORDERED** on this 29th day of July, 2022.

---

[1] Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of our July 20, 2022 opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Court of Criminal Appeals, *see id.* R. 68.3, and any such petition must comply with the requirements of Texas Rule of Appellate Procedure 68.4.

PER CURAIM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

